DANIEL J. BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MIGUEL ANGEL ROMO-JIMENEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-S-10-365 JAM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| MIGUEL ANGEL ROMO-JIMENEZ, | |
| Defendant. | |

This case is currently scheduled for a status hearing on February 15, 2011.  The attorneys for both parties have conferred and agree that additional time is needed for defense preparation.  Specifically, the defense needs more time to obtain information to determine whether the defendant has a claim to derivative citizenship as a potential defense in the case.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for Tuesday, February 15, 2011, be continued until Tuesday, March 8, 2011.  In addition, the parties stipulate that the time period from February 15, 2011, to March 8, 2011,  be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

///

///

1

///

A proposed order is attached and lodged separately for the court's convenience.

DATED:  February 9, 2011

Respectfully submitted,

BENJAMIN B. WAGNER                    DANIEL J. BRODERICK
United States Attorney                Federal Defender


 /s/ Lexi Negin for                    /s/ Lexi Negin
MICHELE BECKWITH                      LEXI NEGIN
Assistant U.S. Attorney               Assistant Federal Defender
Attorney for United States            Attorney for Miguel Angel Romo-Jimenez

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-10-365 JAM |
| Plaintiff, ) | |
| v. ) | ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| MIGUEL ANGEL ROMO-JIMENEZ, ) | |
| Defendant. ) | |

For the reasons set forth in the stipulation of the parties, filed on February 9, 2011, IT IS HEREBY ORDERED that the status conference currently scheduled for Tuesday, February 15, 2011, be vacated and that the case be set for **Tuesday, March 8, 2011, at 9:30 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' February 9, 2011, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from February 15, 2011, through March 8, 2011, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: February 9, 2011

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge

2