DANIEL J. BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MIGUEL ANGEL ROMO-JIMENEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> MIGUEL ANGEL ROMO-JIMENEZ, ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO. CR-S-10-365 JAM <br><br> STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |

This case is currently scheduled for a status hearing on May 10, 2011. The attorneys for both parties have conferred and agree that additional time is needed for defense preparation. Specifically, defense counsel needs additional time to confirm information about the status of Mr. Romo-Jimenez' citizenship application.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for Tuesday, May 10, 2011, be continued until Tuesday, May 17, 2011. In addition, the parties stipulate that the time period from May 10, 2011, to May 17, 2011, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

///

///

1

A proposed order is attached and lodged separately for the court's convenience.

DATED: May 6, 2011

                    Respectfully submitted,

| | |
|---|---|
| BENJAMIN B. WAGNER<br>United States Attorney | DANIEL J. BRODERICK<br>Federal Defender |
| */s/ Lexi Negin for*<br>MICHELE BECKWITH<br>Assistant U.S. Attorney<br>Attorney for United States | */s/ Lexi Negin*<br>LEXI NEGIN<br>Assistant Federal Defender<br>Attorney for Miguel Angel Romo-Jimenez |

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MIGUEL ANGEL ROMO-JIMENEZ,<br><br>　　　　Defendant. | CASE NO. CR-S-10-365 JAM<br><br>ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |

For the reasons set forth in the stipulation of the parties, filed on May 6, 2011, IT IS HEREBY ORDERED that the status conference currently scheduled for Tuesday, May 10, 2011, be vacated and that the case be set for **Tuesday, May 17, 2011, at 9:30 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' May 6, 2011, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from May 10, 2011, through May 17, 2011, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: May 6, 2011

　　　　　　　　　　　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　　JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　　　United States District Judge

2