BENJAMIN B. WAGNER
United States Attorney
MICHELE BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MIGUEL ANGEL ROMO-JIMENEZ,<br><br>  Defendant. | CR. No. S-10-365 JAM<br><br>**ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS WITHOUT PREJUDICE** |

The government's motion to dismiss the indictment is granted. Fed. R. Crim. P. 48(a). The indictment is hereby dismissed without prejudice.

Dated: May 10, 2011              /s/ John A. Mendez
                                 Hon. John A. Mendez
                                 U.S. District Judge