DANIEL J. BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
RODRIGO ALVAREZ ROCHA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-10-365 JAM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER FOR IMMEDIATE RELEASE |
| MIGUEL ANGEL ROMO-JIMENEZ, | ) | |
| Defendant. | ) | |

On May 11, 2011, this Court granted the government's Motion to Dismiss the Indictment without Prejudice.  Therefore, Mr. Romo-Jimenez should be ordered released in this case.

Good cause appearing therefor,

IT IS ORDERED that Miguel Angel Romo-Jimenez be released from federal custody in the above-captioned case immediately.

Dated:  5/19/2011        /s/ John A. Mendez
                         John A. Mendez
                         United States District Judge

1